IN THE COMMONWEALTH COURT OF PENNSYLVANIA

David George Lusick,            :
           Appellant       :
                         :
        v.               :     No. 1952 C.D. 2015
                         :
Lynne Abraham, Elizabeth   :
Varki Jobes, John Hunter Bennett,  :
Thomas Dolgenos, Robert M. Falin,  :
Ronald Eisenberg, Arnold Gordon,  :
Lynne Herbert O'Connor,      :
Karen Brancheau, Hugh J. Burns,  :
Brad Bender, Andrew Klein    :

# **O R D E R**

NOW, September 7, 2017, having considered appellant's application for reargument/reconsideration, the application is denied.

<br>

                                                                          _____

MARY HANNAH LEAVITT,
President Judge